```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FERUZE BORICI,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :     21 Civ. 1826 (JPC)
              -v-                                                      :
                                                                       :          ORDER
ABM INDUSTRY GROUPS, LLC and 32BJ SEIU,                                :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 22, 2021, the Court ordered the parties to appear for an Initial Pretrial Conference ("IPTC") on June 1, 2021 at 11:00 a.m. Dkt. 7. The Court further ordered the parties to submit, by May 25, 2021, a proposed case management plan and joint letter outlining certain issues to be discussed at the IPTC. *Id.* The parties have not submitted their proposed case management plan or joint letter. Defendants, however, have moved to dismiss this case. Dkt. 16.

Accordingly, the June 1, 2021 IPTC is adjourned *sine die*. The parties shall submit a joint letter by May 28, 2021 addressing their respective views on whether the Court should enter a case management plan prior to issuing a decision on Defendants' motion to dismiss. In the event the parties agree that discovery should go forward, the parties should submit a proposed case management plan and the joint letter referenced in the Court's March 22, 2021 Order by May 28, 2021 as well.

SO ORDERED.

Dated: May 26, 2021
       New York, New York
                                              _____
                                              JOHN P. CRONAN
                                              United States District Judge