**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FERUZE BORICI,

                 Plaintiff,
    -against-                                       21 **CIVIL** 1826 (JPC)

                                                               **<u>JUDGMENT</u>**

ABM INDUSTRY GROUPS, LLC and 32 BJ SEIU,

                 Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 7, 2021, Defendants' motion to dismiss is granted and this action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      December 7, 2021

                                                           **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                        **BY:**       *K. Mango*
                                                          **Deputy Clerk**